**Order entered July 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00032-CV

### GREG DUNCAN, ET AL., Appellants

### V.

### PARK PLACE MOTORCARS, LTD.
### D/B/A PARK PLACE MOTORCARS DALLAS, ET AL., Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08535**

## ORDER

Before the Court is appellants' July 26, 2019 unopposed third motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **August 29, 2019**. We caution appellants that further extension requests will be strongly disfavored.

/s/    ERIN A. NOWELL
       JUSTICE